**JAMES A. SAVILLE, JR.**
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EKA NURI CONSORTIUM; PT FMC
SANTANA PETROLEUM EQUIPMENT            Index No.:
INDONESIA and BP BERAU LTD.;           08 CV _____ ( )

          Plaintiffs,

   - Against -

YUDI GUNADI; PT BUNGA NUSA
MAHAKAM and PT MUTIARA
SAMUDRA BIRU;                          **RULE 7.1 STATEMENT**

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs **EKA NURI CONSORTIUM; PT FMC SANTANA PETROLEUM INDONESIA and BP BERAU LTD.**, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

          NONE.

DATE: July 18, 2008

                                          James A. Saville, Jr.