*JAMES A. SAVILLE, JR.*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiffs

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EKA NURI CONSORTIUM; PT FMC         :
SANTANA PETROLEUM EQUIPMENT              Index No.:
INDONESIA and BP BERAU LTD.;        :    08 CV 6458 ( )
                                         DAB
                Plaintiffs,         :

        - Against -                 :
                                         **ORDER APPOINTING SPECIAL**
YUDI GUNADI; PT BUNGA NUSA          :    **PROCESS SERVICE PURSUANT**
MAHAKAM and PT MUTIARA                   **TO RULE 4 (c)**
SAMUDRA BIRU;                       :

                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of James A. Saville, Jr., sworn to on July 18, 2008, and good cause having been shown, it is on this __ day of July, 2008.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to

serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendants YUDI GUNADI; PT BUNGA NUSA MAHAKAM and PT MUTIARA SAMUDRA BIRU; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendants YUDI GUNADI; PT BUNGA NUSA MAHAKAM and PT MUTIARA SAMUDRA BIRU

Dated: New York, New York

_Deborah A. Batts_
UNITED STATES DISTRICT JUDGE
7/23/08